# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER BURNS, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | |
| | : | 3:10CV2053(AWT) |
| | | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF PUBLIC SAFETY, | : | |
| LIEUTENANT COLONEL STEVEN FIELDS, | : | |
| in his individual and official capacities); | : | |
| SERGEANT CHRISTOPHER GUARI, in his | : | |
| Individual and official capacities ; SERGEANT | : | |
| JOHN TURNER, in his individual and official | : | |
| capacities ; and CAPTAIN FRANK GRIFFIN, | : | |
| in his individual and official capacities | : | |
| *Defendants* | : | JANUARY 30, 2015 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff and defendants, through counsel, and by stipulation do hereby agree to dismissal of the above-referenced case as to all defendants, with prejudice.  Each party shall pay its own costs and fees.

                              PLAINTIFF
                              CHRISTOPHER BURNS


          BY:      /s/ William G. Madsen
                              William G. Madsen
                              Madsen, Prestley & Parenteau, LLC
                              402 Asylum Avenue
                              Hartford, CT 06103
                              Tel: 860-246-2466
                              Fax: 860-246-1794
                              Email: wmadsen@mppjustice.com
                              Federal bar # ct09853
                              HIS ATTORNEY

                    DEFENDANTS,

                    DEPARTMENT OF PUBLIC SAFETY, LIEUTENANT COLONEL STEVEN FIELDS, SERGEANT CHRISTOPHER GUARI, SERGEANT JOHN TURNER, and CAPTAIN FRANK GRIFFIN,

                    GEORGE JEPSEN
                    ATTORNEY GENERAL

BY:      */s/ Antoria D. Howard*
           Antoria D. Howard
           Associate Attorney General
           Office of the Attorney General
           55 Elm Street, P.O. Box 120
           Hartford, CT  06141-0120
           Tel.:  (860) 808-5315
           Fax.: (860) 808-5387
           E-mail: Antoria.Howard@ct.gov
           Federal Bar No. ct17494
           THEIR ATTORNEY

## **CERTIFICATION**

     I hereby certify that on January 30, 2015, a copy of the foregoing Stipulation of Dismissal was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                  */s/ William G. Madsen*
                                                  William G. Madsen